IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ROBERT J. NAGY, | ) | |
| | ) | No. 2:08-cv-2555-DCN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| YURI DEBEVC, | ) | |
| | ) | No. 2:08-cv-2755-DCN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to exclude the testimony of Mark Altemose and certain testimony of Conrad Davis, expert witnesses for plaintiff Nagy. Because it may be necessary to hear the potential testimony from these witnesses before deciding its admissibility, the court **DENIES** the government's motion without prejudice to its ability to re-raise its objections at the appropriate time during trial.

**AND IT IS SO ORDERED**.[1]

---

[1] The court notes that the admissibility of some of the experts' opinions may be informed by the court's December 22, 2009 ruling that, as a matter of law, the 90% Stock Loan Program transactions were sales of securities, not bona fide loans.

1

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**March 8, 2010**
**Charleston, South Carolina**