IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| ROBERT J. NAGY | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C/A No. 2:08-CV-2555-DCN |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNITED STATES' ADMITTED TRIAL EXHIBITS

| Ex. | US Exhibit Description | Admitted On |
|---|---|---|
| 3 | Letter from Yuri Debevc to Bancroft Ventures Limited and attachment (4/7/04) | 6-22-10 |
| 7 | Fax from Jerry Pryor to Scott Cathcart (1/6/98), and letter from Charles Cathcart to Kevin Hasse dated 8/14/97 | 6-23-10 |
| 10 | Letter from Jerry Pryor to Kevin Haase (8/22/97) | 6-23-10 |
| 11 | Printout of FSC Website (3/8/99) | 6-18-10 (hearing) |
| 12 | Marketing materials for First Security Capital, LLC (1999) | 6-18-10 (hearing) |
| 13 | Veridia Solutions Loan Processing Loan Activity Summary Reports for Optech Limited (4/30/04) | 6-21-10 |
| 16 | In-the-Money Loans (FSC SC) (9/30/00) | 6-22-10 |
| 20 | Letter from Yuri Debevc to Robert Gooch (11/4/03) | 6-18-10 (hearing) |
| 24 | Operating Agreement of C3 Industries, LLC (8/19/99) | 6-23-10 |
| 26 | Letter from Robert Nagy to Charles Cathcart (6/27/02) | 6-18-10 -hearing<br>6-23-10<br>6-24-10 |
| 27 | Memo from Robert Nagy (1/24/05) | 6-18-10<br>6-23-10   6-24-10 |

| 36 | Shareholder and Board Meeting Minutes of Charleston Construction and H2, dated 10/28/98, 10/11/99, and 9/6/00 | 6-22-10 |
| --- | --- | --- |
| 37 | Email from Randolph Anderson to Charles Cathcart, Scott Cathcart, and Yuri Debevc; CC Patrick Kelley (2/20/02) | 6-23-10 |
| 38 | Marketing packet prepared for Richard Tanner (5/5/03) | 6-18-10 (hearing) 6-21-10 6-23-10 |
| 40 | Printout of website and marketing materials discussing BVL | 6-18-10 (hearing) 6-21-10 6-22-10 |
| 41 | Fax from Charles Cathcart to Don Hancock (Bowen Depo. Ex. 78 and clearer copy) (3/4/02) | 6-22-10 |
| 42 | Letter signed by Bancroft Ventures Limited to Don Hancock (Bowen Depo. Ex. 79 and clearer copy) (5/23/02) | 6-18-10 (hearing) 6-22-10 |
| 43 | FSC Marketing Packet Prepared for Bob Nagy (8/12/99) | 6-22-10 |
| 44 | Fax from Charles Cathcart to Bob Nagy (9/17/97) | 6-23-10 |
| 45 | Letter from Robert Nagy to Charles Cathcart (2 copies) (6/8/00) | 6-18-10 (hearing) 6-21-10 |
| 47 | Email from Jim Sutherland to Charles Cathcart (6/30/05) | 6-23-10 |
| 48 | Copies of various 90% Loan advertisements | 6-18-10 (hearing) |
| 49 | Loan Activity Summary Reports for Bancroft Ventures Limited (1/31/04) | 6-22-10 |
| 54 | Derivium Website (3/24/02) | 6-18-10 (hearing) 6-21-10 |
| 55 | Fax from Mark Broadwater to Charles Cathcart (4/7/03) | 6-22-10 |
| 57 | Memo from Bob Nagy to Jim Heatherington (10/23/02); Letter from Jim Heatherington to Bob Nagy | 6-18-10 (hearing) |
| 58 | Letter from Timothy Scrantom to Charles Cathcart, Scott Cathcart, and Yuri Debevc (11/22/00) | 6-18-10 (hearing) 6-22-10 |
| 60 | Fax from Kelly Jarosch to Robert Nagy (11/6/98) | 6-22-10 |

| | | |
|---|---|---|
| 69 | Email from Charles Cathcart to Tim Scrantom, Scott Cathcart, Yuri Debevc (5/25/01) | 6-22-10<br>6-24-10 |
| 78 | Email from Bob Nagy to Charles Cathcart (8/6/02) | 6-24-10 |
| 80 | Memo from Bob Nagy to Charles Cathcart (5/22/02) | 6-18-10 (hearing)<br>6-24-10 |
| 81 | Fax from Bob Nagy to Scott Cathcart (3/30/00) | 6-22-10<br>6-23-10 |
| 87 | Fax from Randolph Anderson to Robert Nagy (10/13/98) | 6-22-10 |
| 90 | Fax from Courtney Blaisdell to Robert Nagy (6/30/99) | 6-22-10 |
| 94(a), (b), (c) | Fax from Robert Nagy to Charles Cathcart and Scott Cathcart (9/29/99) and 2 attachments | 6-18-10 (hearing)<br>6-23-10 |
| 96 | Email from Charles Cathcart to Jim Sutherland and Jacquline Cheung (4/14/05) | 6-23-10 |
| 99 | Email from Randolph Anderson to Charles Cathcart (1/24/05) | 6-23-10 |
| 101 | Fax from Bob Nagy to Cliff Lloyd, Tim Scrantom, and Bob Brandenburg (11/10/99) | 6-22-10<br>6-24-10 |
| 116 | Master Loan Agreement between FSC and Don Hancock (8/26/99) | 6-18-10 (hearing) |
| 120 | Master Loan Agreement between Derivium Capital and General Holdings, Inc. (10/4/01) | 6-18-10 (hearing) |
| 123 | Letter from Patrick Kelley to Don Hancock (1/31/02) | 6-21-10 |
| 142 | Letter from Derivium Capital to William C. Newton and enclosed marketing materials (11/13/01) | 6-18-10 (hearing) |
| 143 | Services Overview Prepared for Mr. William C. Newton (11/13/01) | 6-18-10 (hearing) |
| 147 | Fax from Bob Nagy to Charles D. Cathcart (12/11/01) | 6-18-10 (hearing) |

| 150 | Memo from Robert Nagy to Derivium Capital ESOP File (5/30/02) | 6-18-10 (hearing) 6-23-10 |
| --- | --- | --- |
| 151 | Letter from Robert Nagy to Yuri Debevc (7/10/02) | 6-24-10 |
| 153 | Email from Patrick Kelley to Walter Matkovich & Ronald Krauskopf (12/24/02) | 6-21-10 |
| 155 | Quarterly Account Statement to Newton Family, LLC (7/15/02) | 6-21-10 |
| 166 | Fax from Jonathan Sandifer to Jerry Pryor (6/30/00) | 6-23-10 |
| 168 | Fax from Jerry Pryor to Bob Brandenburg (7/16/99) | 6-23-10 |
| 172 | In-the-Money Loans (FSC SC) (6/30/04) | 6-21-10 |
| 176 | Email from Yuri Debevc to Mark Broadwater (10/22/03) | 6-22-10 |
| 177 | Email from Robert Nagy to Mark Broadwater (12/24/03) | 6-24-10 |
| 182 | Email from Charles Cathcart to Timothy Scrantom (1/3/03) | 6-21-10 |
| 183 | Fax from Ben Le Clercq to Bob Nagy (5/11/00) | 6-18-10 (hearing) |
| 189 | Email from Bob Nagy to Yuri Debevc, and attachment (7/14/05) | 6-18-10 (hearing) 6-22-10 6-24-10 |
| 190 | Ordinary Member Contract between Transcent Ltd. and Yuri Debevc, and attachments (6/17/00) | 6-22-10 6-24-10 |
| 193 | Derivium Capital Check to Meridian Services, Ltd. (3/1/05) | 6-18-10 (hearing) 6-22-10 |
| 194 | Bancroft Ventures Limited check to Meridian Services, Ltd. (6/15/05) | 6-18-10 (hearing) 6-24-10 |
| 199 | Minutes of a Board Meeting of Derivium Capital (UK) Limited and Appointment of Director or Secretary Form (6/25/01) | 6-22-10 6-24-10 |
| 200 | Email from Charles Cathcart to Yuri Debevc and Scott Cathcart (12/17/03) | 6-18-10 (hearing) 6-22-10 6-23-10 |
| 202 | Fax from Charles Cathcart to Ben LeClercq c/ Bob Nagy (7/21/00) | 6-24-10 |
| 204 | Printout of Derivium website (1/29/00) | 6-18-10 (hearing) |

| | | |
|---|---|---|
| 207 | Email from Timothy Scrantom to Charles Cathcart (2/26/04) | 6-18-10 (hearing) 6-22-10, 6-23-10 |
| 208 | Memo from Bob Nagy to Charles D. Cathcart (6/19/01) | 6-24-10 |
| 210 | Fax from Bob Nagy to Charles Cathcart (12/15/97) | 6-18-10 (hearing) 6-23-10 |
| 212 | Fax from Charles Cathcart to Bob Nagy (7/27/99) | 6-18-10 (hearing) 6-23-10 |
| 216 | Memo from Bob Nagy to Charles Cathcart & Scott Cathcart (9/22/99), and article | 6-18-10 (hearing) 6-24-10 |
| 218 | Memo from Bob Nagy to Charles Cathcart (9/5/00) | 6-18-10 (hearing) 6-23-10 |
| 219 | Memo from Bob Nagy to Charles Cathcart (5/18/00) | 6-18-10 (hearing) 6-23-10 |
| 220 | Memo from Timothy Scrantom to Charles Cathcart (10/17/00) | 6-18-10 (hearing) 6-24-10 |
| 221 | Handwritten notes from Nagy file (8/4/00) | 6-24-10 |
| 222 | Fax from Timothy Scrantom to Gordon Howes (9/7/00) | 6-24-10 |
| 223 | Memo from Bob Nagy to Charles Cathcart and Bob Brandenburg (7/3/00) | 6-18-10 (hearing) 6-23-10 6-24-10 |
| 224 | Memoranda from Ten State Street to Derivium Capital (6/26/00) | 6-24-10 |
| 225 | Memo from Ben LeClercq to Tim Scrantom, CC Bob Nagy (7/12/00) | 6-22-10 6-24-10 |
| 228 | Email from Bob Nagy to Paul Jarvis (8/31/01) | 6-18-10 (hearing) 6-24-10 |
| 230 | Reorganization of DDA Equity/Debt Relationships with U.S. LLC Investments (1/17/01) | 6-18-10 (hearing) 6-24-10 |
| 235 | Letter from Bancroft to Jeptha Moody (1/31/05) | 6-21-10 |
| 236 | Valuation Confirmation and Activity Confirmation for Jon R. Moody (9/19/02) | 6-21-10 |
| 237 | Master Loan Agreement for Jon R. Moody (8/29/02) | 6-21-10 |
| 248 | Memo from Robert Nagy to Charles Cathcart (12/12/98) | 6-18-10 (hearing) 6-23-10 |

| 252 | Fax from Bob Nagy to Rob Rawlings & Charles Cathcart (8/9/97) | 6-23-10 |
| --- | --- | --- |
| 259 | Expert Report of Leroy Strickland | 6-21-10 |
| 260 | Open Letter from Charles Cathcart (5/5/05) | 6-22-10 |
| 261 | Fax and Memo from Bob Nagy to Cliff Lloyd, Charles Cathcart, and Tim Scrantom (2/8/00) | 6-18-10 (hearing) 6-24-10 |
| 264 | Email from Robert Nagy to Timothy Scrantom (11/13/02) | 6-22-10 |
| 278 | Summaries of Nagy invoices | 6-25-10 |
| 284 | Letter from Ten State Street to Charles Cathcart (4/25/00) | 6-25-10 |
| 297 | Yurij Debevc federal tax returns for 2002 - 2005 | 6-22-10, 6-24-10 |
| 317 | Email from Patrick Kelley to Yuri Debevc (4/1/04) | 6-21-10 |
| 319 | Transaction Summary Chart | 6-25-10 |
| 334 | Confidentiality Agreement Between Robert Nagy and FSC (6/11/97) | 6-18-10 (hearing) 6-23-10 |
| 335 | Fax memo from Bob Nagy to Dave Kekich (12/9/97) | 6-18-10 (hearing) 6-23-10 |
| 336 | Letter from Robert Nagy to Timothy Scrantom (6/1/00) | 6-18-10 (hearing) |
| 339 | Email from Patrick Kelley to Charles Cathcart et al (7/7/00) | 6-21-10 |
| 341 | Handwritten notes from Nagy file (10/17/00) | 6-24-10 |
| 342 | Email from Robert Nagy to Charles Cathcart (9/5/03) | 6-24-10 |
| 343 | Email from Robert Nagy to Charles Cathcart (5/14/04) | 6-24-10 |
| 344 | Fax from First Security Capital to Bob Nagy (8/5/97) | 6-18-10 (hearing) 6-23-10 |
| 346 | Handwritten notes from Nagy file (9/11/00) | 6-24-10 |

| 351 | Strickland CV | 6-21-10 |
| 352 | Excerpt from Veridia Solutions Operating Manual | 6-21-10 |
| 353 | Pfleiderer CV | 6-25-10 |